**Order entered June 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00678-CV

### IN RE SHAMELYA ETIER, Relator

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02004-D**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/　　ROBBIE PARTIDA-KIPNESS
　　　　JUSTICE